IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUNG SU JO, on behalf of himself and other similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HWASHIN AMERICA )<br>CORPORATION and SE WON )<br>KWON, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:18cv140-MHT<br>(WO) |

## OPINION

Plaintiff Jung Su Jo filed this lawsuit contending that defendants Hwashin America Corporation, and Se Won Kwon violated his rights under the Fair Labor Standards Act. Kwon moved to dismiss for improper service. Jo did not respond to the motion, and orally informed the court that he did not oppose the dismissal. Accordingly, the court will grant the motion.

An appropriate judgment will be entered.

DONE, this the 11th day of May, 2018.

                                          /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**