IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUNG SU JO, on behalf of himself and other similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:18cv140-MHT (WO) |
| HWASHIN AMERICA CORPORATION and SE WON KWON, ) ) ) ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Se Won Kwon's motion to dismiss for improper service of process (doc. no. 10) is granted.

(2) Plaintiff Jung Su Jo's claims against defendant Kwon are dismissed without prejudice, and defendant Kwon is terminated as a party from this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is not closed.

DONE, this the 11th day of May, 2018.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**